207 F.2d 778
 John L. FERRELL,
v.
NATIONAL GYPSUM COMPANY, a foreign corporation, and Hartford
Accident & Indemnity Company, a foreign insurance
corporation.
 No. 4725.
 United States Court of Appeals
Tenth Circuit.
 Sept. 12, 1953.
 
 Pete Farabi and J. P. Gendusa, Pittsburg, Kan., for appellant.
 Hudson & Hudson, Fort Scott, Kan., for appellees.
 Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed, on motion of appellant.